# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMANDA MUNSON

VERSUS

JORDAN DONAVON ANDREWS

NO.   2021 CW 0739

**AUGUST 17, 2021**

---

In Re:   Amanda Munson, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 157144.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**JEW**
**MRT**

**McClendon, J.,** concurs and declines to exercise supervisory jurisdiction.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT